

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 21, 2015

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Michael D. Robbins
Bexar County Public Defender's
Office
101 W. Nueva, Ste. 370
San Antonio, TX 78205-3440
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    04-15-00592-CR
        Trial Court Case Number:    2015CR4750
        Style:  David Devan Trevino
                v.
                The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cecilia Barbosa
Deputy Clerk, Ext. 5-3221

cc: Anthony Cantu (DELIVERED VIA E-MAIL)
Delcine Benavides (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2015

No. 04-15-00592-CR

David Devan **TREVINO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4750
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The trial court's certification in this appeal states, "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." Texas Rule of Appellate Procedure Rule 25.2(d) provides the record in an appeal brought by a criminal defendant must contain a certification of right to appeal. TEX. R. APP. P. 25.2(d). If the record does not contain a certification that shows the defendant has a right of appeal, the appeal must be dismissed. *Id*.

It is therefore ORDERED this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed by November 3, 2015, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.).

All other appellate deadlines are SUSPENDED pending resolution of the certification issue.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2015.



Keith E. Hottle
Clerk of